UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21234-CIV-KING/BANDSTRA

KRISTINE HENNESSY SPEH,
Personal Representative for the Estate of
TERRANCE HENNESSY, deceased

    Plaintiff,

v.

MORROW EQUIPMENT CO., LLC, a foreign
limited liability corporation, BAKER CONCRETE
CONSTRUCTION, INC., a foreign corporation,
LIEBHERR-WERK BIBERACH, GMBH,
a foreign corporation.

    Defendants.
_____/

CASE NO. 09-20430-CIV-KING/BANDSTRA

MANNY SOUZA and
SANDRA MARTINEZ, his wife,

    Plaintiffs,

v.

MORROW EQUIPMENT CO., LLC, a foreign
limited liability corporation, BAKER CONCRETE
CONSTRUCTION, INC., a foreign corporation,
LIEBHERR-WERK BIBERACH, GMBH,
a foreign corporation.

    Defendants.
_____/

## ORDER AWARDING PLAINTIFFS ATTORNEY'S FEES

THIS CAUSE comes before the Court on the May 28, 2009 Report and Recommendation of Magistrate Judge Ted E. Bandstra (D.E. #122) recommending that Defendant Morrow Equipment Co., LLC reimburse Plaintiffs Kristine Hennessy Speh and Manny Souza $10,150.00 in fees and $1,737.20 in costs, pursuant to this Court's April 8, 2009 Order Imposing Sanctions (D.E. #108). Defendant Morrow Equipment has not filed any objections to the R&R, and the time to do so has passed.

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Ted E. Bandstra's May 28, 2009 Report and Recommendation (**D.E. # 122**) be, and the same is hereby, **AFFIRMED and ADOPTED.**

2. Defendant Morrow Equipment **SHALL REIMBURSE** Plaintiffs Kristine Hennessy Speh and Manny Souza **$10,150.00 in attorney's fees and $1,737.20 in costs**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 16th day of June, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
    **Magistrate Judge Ted E. Bandstra**

### *Counsel for Plaintiffs*
**Newton P. Porter**
**Tony P. Korvick**
Porter & Korvick
9655 S. Dixie Highway
Suite 208
Miami, FL 33156

### *Counsel for Defendants*
**Charles R. Fulmer**
Fulmer, LeRoy, Albee, Baumann & Glass
2866 East Oakland Park Blvd
Fort Lauderdale, Florida 33306

**M. Stephen Smith, III**
**Marty F. Elfenbein**
Rumberger, Kirk & Caldwell
80 Southwest 8th Street
Suite 3000
Miami, FL 33130-3037

**Bryan E. Probst**
Mase, Lara, Eversole, PA
80 SW 8th Street
Suite 2700
Miami, FL 33130

**John M. Dugan**
**Joseph N. Stella**
Morris & Stella
200 W. Adams Street
Suite 1200
Chicago, IL 60606