UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-21234-CIV-KING/BANDSTRA

KRISTINE HENNESSY SPEH,
Personal Representative for the Estate of
TERRANCE HENNESSY, deceased,

    Plaintiff,

vs.

MORROW EQUIPMENT CO., LLC., a foreign
limited liability company, BAKER CONCRETE
CONSTRUCTION, INC., a foreign corporation,
LIEBHERR-WERK BIBERACH, GMBH, a
foreign corporation,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on Plaintiffs' Motion for Order of Voluntary Dismissal of Defendant Liebherr-Werk Biberach, GMBH ("Liebherr-Werk") filed on June 5, 2009. In this motion, plaintiff seeks to voluntarily dismiss Liebherr-Werk Biberach without prejudice due to a settlement between plaintiffs and the other two defendants in the case.[1] Liebherr-Werk opposes a dismissal without prejudice now that all issues against Liebherr-Werk are moot by plaintiffs' own admissions.

On June 24, 2009, this Court referred this motion to the undersigned for appropriate proceedings. Accordingly, the Court conducted a hearing on this motion on July 21, 2009. At that time, plaintiff's agreed to a dismissal with prejudice against defendant Liebherr-Werk.

---

[1] Both co-defendants were dismissed by Court Orders dated July 7, 2009.

Accordingly, the undersigned recommends a dismissal with prejudice Liebherr-Werk in this case.[2]

The parties may serve and file written objections to this Report and Recommendation with the Honorable James Lawrence King, United States District Judge, within ten (10) days of receipt. *See* 28 U.S.C. § 636(b)(1)(c); *United States v. Warren*, 687 F.2d 347 (11th Cir. 1982); *cert. denied*, 460 U.S. 1087 (1983); *Hardin v. Wainwright*, 678 F.2d 589 (5th Cir. Unit B 1982); *see also Thomas v. Arn.*, 474 U.S. 140 (1985), reh. denied, 474 U.S. 1111 (1986)

**RESPECTFULLY SUBMITTED** this 11th day of August, 2009 in Miami, Florida.

TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable James Lawrence King
All counsel of record

---

[2]Liebherr-Werk has now objected to a dismissal with prejudice prior to the Court's decision on a pending motion to compel and for sanctions (D.E. 131) in which Liebherr-Werk seeks a copy of plaintiffs' expert's video deposition. The undersigned finds no need to address that motion now that this case is being dismissed with prejudice against all defendants.