UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21234-CIV-KING/BANDSTRA

KRISTINE HENNESSY SPEH,
Personal Representative for the Estate of
TERRANCE HENNESSY, deceased

    Plaintiff,

v.

MORROW EQUIPMENT CO., LLC, a foreign
limited liability corporation, BAKER CONCRETE
CONSTRUCTION, INC., a foreign corporation,
LIEBHERR-WERK BIBERACH, GMBH,
a foreign corporation.

    Defendants.
_____/

CASE NO. 09-20430-CIV-KING/BANDSTRA

MANNY SOUZA and
SANDRA MARTINEZ, his wife,

    Plaintiffs,

v.

MORROW EQUIPMENT CO., LLC, a foreign
limited liability corporation, BAKER CONCRETE
CONSTRUCTION, INC., a foreign corporation,
LIEBHERR-WERK BIBERACH, GMBH,
a foreign corporation.

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the August 11, 2009 Report and Recommendation of Magistrate Judge Ted E. Bandstra (D.E. #148) recommending that Defendant Liebherr-Werk Biberach, GMBH be dismissed with prejudice.

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Ted E. Bandstra's August 11, 2009 Report and Recommendation (**D.E. #148**) be, and the same is hereby, **AFFIRMED and ADOPTED.**

2. Defendant Liebherr Werk-Beberach be, and the same is hereby, **DISMISSED WITH PREJUDICE.**

3. All other Defendants having been previously dismissed, the Clerk of Court is instructed to **CLOSE BOTH OF THE ABOVE-STYLED CASES.**

4. All pending motions are **DENIED AS MOOT.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 12th day of August, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
## Clerk of Court

## Magistrate Judge Ted E. Bandstra

### *Counsel for Plaintiffs*
**Newton P. Porter**
**Tony P. Korvick**
Porter & Korvick
9655 S. Dixie Highway
Suite 208
Miami, FL 33156

### *Counsel for Defendants*
**Charles R. Fulmer**
Fulmer, LeRoy, Albee, Baumann & Glass
2866 East Oakland Park Blvd
Fort Lauderdale, Florida 33306

**M. Stephen Smith, III**
**Marty F. Elfenbein**
Rumberger, Kirk & Caldwell
80 Southwest 8th Street
Suite 3000
Miami, FL 33130-3037

**Bryan E. Probst**
Mase, Lara, Eversole, PA
80 SW 8th Street
Suite 2700
Miami, FL 33130

**John M. Dugan**
**Joseph N. Stella**
Morris & Stella
200 W. Adams Street
Suite 1200
Chicago, IL 60606